IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| SUZI S., <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW M. SAUL, Commissioner of Social Security, <br><br> Defendant. | ORDER ADOPTING REPORT AND RECOMMENDATION <br><br> Case No. 2:19-cv-00020-TC-EJF |

On January 14, 2019, Plaintiff Suzi S.[1] appealed a decision by the Social Security Administration ("SSA") denying her claim for certain benefits. (ECF No. 3.) The court subsequently referred the matter to United States Magistrate Judge Evelyn J. Furse under 28 U.S.C. § 636(b)(1)(B). (ECF No. 18.)

On March 11, 2020, Judge Furse issued her Report and Recommendation. (ECF No. 20.) Judge Furse recommends that this matter be remanded back to the SSA's Administrative Law Judge to make more detailed findings.

Objections to the Report and Recommendation were due no later than March 25, 2020. (Id. at 11.) No objections have been filed.

The court has carefully reviewed Judge Furse's Report and Recommendation and finds that it is correct in all respects. Accordingly, the Report and Recommendation is adopted as the

---

[1] Pursuant to best practices adopted in the District of Utah addressing privacy concerns in certain cases, including social security cases, the court refers to Plaintiff by her first name and last initial only.

order of the court, and the court orders that this appeal be REMANDED to the SSA for further proceedings.

SO ORDERED this 9th day of April, 2020.

BY THE COURT:

TENA CAMPBELL
U.S. District Court Judge